**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

In Re:   Rebecca Manda
        Debtor,

Chapter: 7
Case No: 12–12772
Judge Joan N. Feeney

## ORDER DISCHARGING TRUSTEE
## AND CLOSING CASE

It is hereby **ORDERED** that Debora Casey, the Trustee is discharged from any further duties herein and that this case is hereby closed pursuant to 11 U.S.C. § 350(a).

Date:7/9/12

By the Court,

Joan N. Feeney
U.S. Bankruptcy Judge